H. U. ZIMMERMAN and FRANK H. ZIMMERMAN, Plaintiffs in Error, v. CITY OF CORAL GABLES, Defendant in Error.

194 So. 617
En Banc
Opinion Filed February 9, 1940
On Rehearing May 10, 1940

*John A. Bouvier, Jr.,* and *W. M. O'Bryan,* for Plaintiff in Error;

*Morton B. Adams,* for Defendant in Error.

534

PER CURIAM.—In this cause Mr. Chief Justice TERRELL, Mr. Justice WHITFIELD and Mr. Justice CHÀPMAN are of the opinion that the judgment of the circuit court should be reversed, while Mr. Justice BROWN, Mr. Justice BUFORD and Mr. Justice THOMAS are of the opinion that the judgment should be affirmed. When the members of the Supreme Court, sitting six members in a body and after full consultation, it appears that the members of the Court are permanently and equally divided in opinion as to whether the said judgment should be affirmed or reversed, and there is no prospect of an immediate change in the personnel of the Court,' the decree should be affirmed; therefore, it is considered, ordered and adjudged, under the authority of State *ex rel.* Hampton v. McClung, 47 Fla. 224, 37 So. R. 51, that the judgment of the circuit court in this cause be and the same is hereby affirmed.

Affirmed.

TERRELL, C. J., WHITFIELD, BROWN, BUFORD, CHAPMAN and THOMAS, J. J., concur.

## ON REHEARING

PER CURIAM.—A rehearing having been granted in this cause and it having been further considered upon the record and upon the briefs of counsel for the respective parties, it is thereupon ordered and adjudged by the Court that the judgment entered herein on February 9, 1940, be and it is hereby reaffirmed and adhered to on rehearing.

TERRELL, C. J., WHITFIELD, P. J., BROWN, BUFORD, CHAPMAN and THOMAS, J. J., concur.